PER CURIAM.
There is no merit either in appellant’s challenge to the constitutionality of section 287.042(2)(c), Florida Statutes (Supp.1994), see Carter v. Sparkman, 335 So.2d 802 (Fla.1976), cert. denied, 429 U.S. 1041, 97 S.Ct. 740, 50 L.Ed.2d 753 (1977); Griffith v. Vecchiarelli, 97 So.2d 691 (Fla.1957), or its com *1053 plaints about the manner in which it was applied by the D.O.T. Cf. ABI Walton Ins. Co. v. State Dep’t of Management Servs., 641 So.2d 967 (Fla. 1st DCA 1994) (reversal required only because bidder not given reasonable opportunity to post § 287.042(2)(c) bond in appropriate amount).
Affirmed.